UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE: 1-11-cv-24251-KMM

JAN BENSON SEGAL,

    Plaintiff,

vs.

WALGREEN CO.,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiffs provide this Notice of Settlement, and state:

1.    The Plaintiff has reached a settlement agreement with Defendant, WALGREEN CO, as to the resolution of all claims against them, and Plaintiff counsel anticipates submitting a joint stipulation requesting the dismissal of this matter, with prejudice and in its entirety, within twenty (20) days.

WHEREFORE, Plaintiff provides this Notice of the Settlement and respectfully requests that the Court vacate all existing litigation dates in this matter as it has been resolved in its entirety.

[*Signature and certificate on following page*]

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 9th day of May 2012.  We further certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

                                      Respectfully submitted,

By:    /s/ Daniel B. Reinfeld
         DANIEL B. REINFELD, ESQ.
         Florida Bar No.:  174815
         DILL & REINFELD, PLLC
         Center Court Building
         2450 Hollywood Boulevard
         Suite 310
         Hollywood, FL 33020-6624
         Telephone: (954) 494-4131
         Facsimile: (954) 628-5054
         E-Mail: dan@reinfeldlaw.com

**JAN BENSON SEGAL v. WALGREEN CO.,**
Case No.: 1-11-cv-24251-KMM
<u>Service List</u>

CHAD KEVIN LANG, ESQ.
MEYER MOSER LANG LLP
2525 Ponce De Leon Blvd.
Suite 1080
Coral Gables, FL 33134
Telephone: (305) 423-0600
Facsimile: (305) 423-0599
Email: clang@mmlfirm.com